UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENDROWSKI SELECKY
PROFESSIONAL CORPORATION, et al

       Plaintiff(s),

Case No. 10-14432

vs.

HON. GEORGE CARAM STEEH

NATIONAL ASSOCIATION OF
CERTIFIED VALUATION ANALYSTS, INC., et al

       Defendant(s).
_____/

ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 16, 2012 the parties of record advised the court that a settlement had been reached and there being no further communication to the court; therefore

This case is hereby DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

       s/George Caram Steeh
       GEORGE CARAM STEEH
       UNITED STATES DISTRICT JUDGE

Dated: October 31, 2012

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on
October 31, 2012 by electronic and/or ordinary mail.

       s/Marcia Beauchemin
       Deputy Clerk